UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA DYSON, | ) |
|     Plaintiff, | ) <br> ) <br> ) No. 11-CV-08910 |
| v. | ) <br> ) Judge Ronald Guzman |
| VERIZON WIRELESS CORPORATION, | ) <br> ) <br> ) |
|     Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Cynthia Dyson and Defendant Cellco Partnership d/b/a Verizon Wireless, hereby stipulate to the dismissal of this action with prejudice, pursuant to settlement. Each party shall bear hers or its own costs and attorneys' fees.

Dated: May 29, 2014

| | |
|---|---|
| CYNTHIA DYSON | CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS |
| By: /s/ Michael L. Tinaglia <br>     One of Her Attorneys | By: /s/ Nadine C. Abrahams <br>     One of Its Attorneys |
| Michael L. Tinaglia <br> J. Molly Wretzky <br> Law Offices of Michael Lee Tinaglia, Ltd. <br> 444 N. Northwest Highway, Suite 350 <br> Park Ridge, Illinois 60068 | Nadine C. Abrahams <br> Jeffrey L. Rudd <br> Jackson Lewis P.C. <br> 150 N. Michigan Ave., Ste. 2500 <br> Chicago, Illinois 60601 |

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on May 29, 2014, she caused the foregoing *Joint Stipulation of Dismissal* to be filed with the Court by electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

/s/ Nadine C. Abrahams
One of Defendant's Attorneys